UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO.  22-CR-00259 |
| v. | * | SECTION: "T" |
| RICHARD LUDWIG II | * | JUDGE GREG G. GUIDRY |

\* \* \*

**UNITED STATES' BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

**NOW INTO COURT** comes the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following properties are subject to forfeiture on the basis of the notice of forfeiture set forth in the indictment filed in the above-captioned criminal case:

1. HiPoint, Model C9, 9 caliber, bearing serial number P10142911;

2. Interarms SP.ZO.O rifle, unknown caliber, bearing serial number PAC1159696 21;

3. Beretta, Model 3032 Tomcat, .32 caliber handgun, bearing serial number DAA609967;

4. Bersa, Model Thunder 380, .380 caliber handgun, bearing serial number L03673;

5. Unknown model handgun, unknown caliber, bearing serial number R0N2170963;

6. Karri's Guns, Podunk, Inc., Model KG15 handgun, serial number 09188;

7. Harrington & Richardson 1871 Inc., Model Pardner shotgun, unknown gauge, bearing serial number NZ735610;

8. Unknown model rifle, unknown caliber, bearing serial number 61-06-010762-09;

9. Anderson Manufacturing, Model AM-15, multi caliber rifle, bearing serial number 20349177;

10. Beretta handgun, unknown model, unknown caliber, bearing serial number A166217X;

11. Tisas-Trabzon Gun Industry Corp., Model 1911 Duty B45R, .45 caliber handgun, bearing serial number T0620-21Z11506;

12. Chiappa Firearms LTD, unknown model rifle, unknown caliber, bearing serial number CF-IT-20C01160;

13. Plumcrazy Firearms, Model Gen II, multi caliber rifle, bearing serial number Z12891;

14. Unknown model rifle, unknown caliber, bearing serial number H09886987;

15. Unknown model shotgun, unknown gauge, bearing serial number 42820;

16. Kodiak MFG. Co, unknown model rifle, unknown caliber, bearing serial number 15925;

17. Silencerco, LLC, Model Maxim 9, 9 caliber silencer, bearing serial number MX9-6551;

18. Unknown model rifle, unknown caliber, bearing serial number LVG4687809;

19. Derya Arms shotgun, unknown model, unknown gauge, bearing serial number R280252;

20. Unknown model rifle, unknown caliber, bearing serial number TR018293;

21. Beretta, Model 92, 9 caliber handgun, bearing serial number A254900Z;

22. Palmetto State Armory, Model PA-15, multi caliber rifle, bearing serial number SCD545697;

23. Palmetto State Armory, Model G3-10, multi caliber rifle, bearing serial number G343480;

24. Erma Werke GMBH rifle, unknown model, unknown caliber, bearing serial number 36036;

25. Erma Werke GMBH, Model ESG22, 22 caliber rifle, bearing serial number 000510E;

26. Inland Manufacturing, LLC rifle, model unknown, caliber unknown, bearing serial number 3176009;

27. Inland Manufacturing, LLC rifle, model unknown, caliber unknown, bearing serial number 5221621;

28. Mossberg, Model 500A, 12-gauge shotgun, bearing serial number P509988;

29. Unknown weapon, unknown manufacturer, unknown caliber, bearing serial number 2000;

30. Unknown model shotgun, unknown gauge, bearing serial number 20-89929;

31. Derya Arms shotgun, unknown model, unknown gauge, bearing serial number R280216;

32. Unknown model shotgun, unknown gauge, bearing serial number 52-H21PT-5646;

33. Huglu Cooperative shotgun, unknown model, unknown gauge, bearing serial number 39-H21PT5225;

34. Winchester, Model 1300, 12-gauge shotgun, bearing serial number L3381187;

35. Western Arms Co., Model Western Long Range, 12-gauge shotgun, bearing serial number 61747;

36. Unknown model shotgun, unknown gauge, bearing serial number 14021081;

37. HiPoint rifle, unknown model, unknown caliber, bearing serial number F220349;

38. Excel Arms, Model MR-22, 22-gauge shotgun, bearing serial number RA05078;

39. Savage Arms Inc., Model Axis, .308 caliber rifle, bearing serial number N654154;

40. Savage Arms Inc., Model Axis, unknown caliber rifle, bearing serial number N657804;

41. Derya Arms, Model VR-82, 20-gauge shotgun, bearing serial number R280213;

42. Mossberg, Model 100 ATR, 30-06 caliber rifle, bearing serial number BA154879;

43. Spartan Firearms & Tactical, Inc. rifle, unknown model, unknown caliber, bearing serial number 0-0555103;

44. North American Arms handgun, unknown model, unknown caliber, bearing serial number G50907;

45. Rohm handgun, unknown model, unknown caliber, unknown serial number;

46. Henry Repeating Rifle Company rifle, unknown model, unknown caliber, bearing serial number 1014020H;

47. Springfield Armory rifle, unknown model, unknown caliber, bearing serial number 1135222;

48. Taurus International handgun, unknown model, unknown caliber, bearing serial number TJU61659;

49. Yildiz Shotgun Ind., Model Professional HD, 12-gauge shotgun, bearing serial number P17925;

50. Rhino Arms handgun, unknown model, unknown caliber, bearing serial number CFIT20N04607;

51. Ruger, Model Single Six, .22 caliber handgun, bearing serial number 453807;

52. Savage Arms Inc., Model 64, .22 caliber rifle, bearing serial number 3900545;

53. Black Aces Tactical, Model Pro Series X, 12-gauge shotgun, bearing serial number 21-DA16211;

54. Unknown model shotgun, unknown gauge, bearing serial number P11389;

55. Rossi, Model M88, .38 caliber handgun, bearing serial number W408506;

56. Chiappa Firearms, LTD handgun, unknown model, unknown caliber, bearing serial number CFIT21E01269;

57. Fabrique D'Armes de Guerre de Precision handgun, unknown model, unknown caliber, bearing serial number 425RT11876;

58. Ceska Zbrojovka (CZ) rifle, unknown model, unknown caliber, bearing serial number B863324;

59. Rossi rifle, unknown model, unknown caliber, bearing serial number 7CL018478P;

60. Calwestco Inc., Model J22, .22 caliber handgun, bearing serial number 486369;

61. Cobra Ent., Inc./Kodiak Ind., Model Denali 380, .380 caliber handgun, bearing serial number K23558;

62. Akkar Silah Sanayi TIC. LTD shotgun, unknown model, unknown gauge, bearing serial number 1160738;

63. Taurus shotgun, unknown model, unknown gauge, bearing serial number 5HM135972;

64. Compass Lake Engineering rifle, unknown model, unknown caliber, bearing serial number THY2363;

65. Compass Lake Engineering rifle, unknown model, unknown caliber, bearing serial number THY4948;

66. Unknown model rifle, unknown caliber, bearing serial number RON2133296;

67. Colt handgun, unknown model, unknown caliber, bearing serial number 174666;

68. Rohm, Model RG10S, .22 caliber handgun, bearing serial number 71991;

69. Winchester rifle, unknown model, unknown caliber, bearing serial number TF614-21Y08227;

70. Savage Arms Inc., Model 64F, .22 caliber rifle, bearing serial number 3615450;

71. Taurus International shotgun, unknown model, unknown gauge, bearing serial number DZ8970;

72. New England Firearms shotgun, unknown model, unknown gauge, bearing serial number NB211137;

73. Remington Arms Company, Inc., Model 700, 30-06 caliber rifle, bearing serial number A6275710;

74. Erma Werke GMBH rifle, unknown model, unknown caliber, bearing serial number 35036;

75. Browning shotgun, unknown model, unknown gauge, bearing serial number 09829MN121;

76. Winchester, Model 1400, 12-gauge shotgun, bearing serial number N553862;

77. Bryco Arms handgun, unknown model, unknown caliber, bearing serial number 1434143;

78. Iver Johnson, Model Trailsman, .22 caliber handgun, bearing serial number FG07626;

79. FIE, Model Titan, 25 caliber handgun, bearing serial number ED41574;

80. Chiappa Firearms LTD shotgun, unknown model, unknown gauge, bearing serial number 21SB36AE-1776;

81. Unknown model shotgun, unknown gauge, bearing serial number LH013765;

82. Izhmash (IMEZ), model IZH-18MH, 30-06 caliber rifle, bearing serial number IZH-18MH;

83. Harrington and Richardson, Model 700, .22 caliber rifle, bearing serial number AY498532;

84. Winchester, Model XPR, 243 caliber rifle, bearing serial number PT09454UZ357;

85. Intratec, Model TEC22, .22 caliber handgun, bearing serial number 065794;

86. Amtac Suppressors/Fire Ant silencer, bearing serial number 002002;

87. Savage Arms Inc., Model Stevens 330, 12-gauge shotgun, bearing serial number 130353F;

88. Harrington & Richardson 1871 Inc. shotgun, unknown model, unknown gauge, bearing serial number 13EZ11096;

89. Mossberg, Model MVP, 5.56 caliber rifle, bearing serial number MVP056030;

90. Liberty 300BLK Suppressor, 5.56 caliber, bearing serial number S3197;

91. Armelegant, LTD, Model SLB-X3, 12-gauge shotgun, bearing serial number 52-H21PT-5649;

92. Ruger, Model Blackhawk, 30 caliber handgun, bearing serial number 51-43495;

93. Savage Arms Inc., Model A22, .22 caliber rifle, bearing serial number K248810;

94. Century Arms International rifle, unknown model, unknown caliber, bearing serial number 9130198640;

95. Derya Arms, Model AG shotgun, unknown gauge, bearing serial number R282825;

96. New England Firearms, Model Pardner, 20-gauge shotgun, bearing serial number NW285897;

97. Unknown model shotgun, unknown gauge, unknown serial number;

98. Remington Arms Company, Model 7400, 30-06 caliber rifle, bearing serial number B8011163;

99. Savage Arms Inc., Model 93, .22 caliber rifle, bearing serial number 3892671;

100. Criterion Die & Metal Inc., Model CDM, .22 caliber handgun, bearing serial number 282976;

101. Rohm, Model RG10, .22 caliber handgun, bearing serial number 925726;

102. HiPoint, Model 4095, .40 caliber rifle, bearing serial number H85666;

103. Harrington & Richardson 1971 Inc., Model Pardner, 20-gauge shotgun, bearing serial number CAC075698;

104. New England Firearms shotgun, unknown model, unknown gauge, bearing serial number NM202643;

105. Savage Arms Inc., Model Axis, 65 caliber rifle, bearing serial number K916887;

106. Savage Arms Inc., Model Axis, 65 caliber rifle, bearing serial number N657803;

107. HiPoint, Model 3895, .380 caliber rifle, bearing serial number Y07611;

108. Inland Manufacturing, LLC rifle, unknown model, unknown caliber, bearing serial number 9005640;

109. Advanced Manufacturing Tactical/Antag Suppressors silencer, 30 caliber, bearing serial number 000113;

110. Marlin Firearms Co., Model 60, .22 caliber rifle, bearing serial number 01128097;

111. Mossberg shotgun, unknown model, unknown gauge, bearing serial number MV92917J;

112. HiPoint, Model 1095TS, 10 caliber rifle, bearing serial number M16588;

113. Black Aces Tactical, Model Pro Series X, 12-gauge shotgun, bearing serial number 20-LA10522;

114. Mossberg, Model MVP, 5.56 caliber rifle, bearing serial number FG07626;

115. Black Aces Tactical, Model Pro Series S, 12-gauge shotgun, bearing serial number 20-PA16213;

116. American Tactical Imports shotgun, unknown model, unknown gauge, bearing serial number 19010744;

117. Bryco Arms, Model J22, .22 caliber handgun, bearing serial number 1056683;

118. Unknown handgun, unknown model, unknown caliber, bearing serial number 1920;

119. Colt, Model 1911 handgun, unknown caliber, bearing serial number 137952;

120. Cobra Ent., Inc./Kodiak Inc. handgun, unknown model, unknown caliber, bearing serial number CT229115;

121. Savage Arms Inc., 16-gauge shotgun, unknown model, unknown serial number;

122. Unknown model rifle, unknown caliber, bearing serial number 12802;

123. Excel Arms, Model X-5.7R, 57 caliber rifle, bearing serial number F570507;

124. Derya Arms shotgun, unknown model, unknown gauge, bearing serial number R175439;

125. Thompson/Center Arms Co., Model Contender, 270 caliber rifle, bearing serial number TJD4701;

126. HiPoint, Model 1095TS, 10 caliber rifle, bearing serial number M16587;

127. Chiappa Firearms LTD rifle, unknown model, unknown caliber, bearing serial number 14A56527;

128. Liberty Suppressors, Model Mystic X, .9 caliber silencer, bearing serial number MX2122;

129. HiPoint, .380 caliber handgun, unknown model, bearing serial number 4340898;

130. Springfield Armory, Model 911, .380 caliber handgun, bearing serial number CC060029;

131. Armelegant, LTD, Model SLB-X3, 12-gauge shotgun, bearing serial number 52-H21PT-5650;

132. Unknown model rifle, 7.62 caliber, bearing serial number 5694;

133. Universal Firearms Corp. .30 caliber handgun, unknown model, bearing serial number 37745;

134. HiPoint, Model 4095, .40 caliber rifle, bearing serial number H85668;

135. Remington Arms Company, Inc., Model 1100, 20-gauge shotgun, bearing serial number M908459W;

136. Winchester, Model 1400, 12-gauge shotgun, bearing serial number N807176;

137. High Standard shotgun, unknown model, unknown gauge, unknown serial number;

138. Remington Arms Company, Inc., Model 522, .22 caliber rifle, bearing serial number 1808678;

139. Mossberg shotgun, unknown model, unknown gauge, bearing serial number 1054963;

140. Taurus International, Model PT1911, .38 caliber handgun, bearing serial number LBW76414;

141. Marlin Firearms Co., Model 60, .22 caliber rifle, bearing serial number 24443665;

142. Marlin Firearms Co., unknown model, .22 caliber rifle, unknown serial number;

143. Brno Zbrojovka rifle, unknown model, unknown caliber, bearing serial number 4821Y2;

144. Artemis Arms, LLC shotgun, unknown model, unknown gauge, bearing serial number ART0000228;

145. Artemis Arms, LLC shotgun, unknown model, unknown gauge, bearing serial number ART0001238;

146. Century Arms International, Model C308 Sporter, .308 caliber rifle, bearing serial number C308E13263;

147. Winchester, Model 1400, 12-gauge shotgun, bearing serial number N553323;

148. Savage Arms Inc., .22 caliber rifle, unknown model, bearing serial number C075966;

149. Savage Arms Inc., 20-gauge shotgun, unknown model, unknown serial number;

150. Savage Arms Inc., 410-gauge shotgun, unknown model, bearing serial number 212183Q;

151. Savage Arms Inc., 410-gauge shotgun, unknown model, bearing serial number 212251Q;

152. Lefever, 12-gauge shotgun, unknown model, bearing serial number 16988;

153. Inland, Model PM-22, .22 caliber handgun silencer, bearing serial number 170051;

154. Ruger, Model Silent-SR, .22LR caliber handgun silencer, bearing serial number 900-04060;

155. Taurus International handgun, unknown model, unknown caliber, bearing serial number 4627;

156. Taurus International, Model PT145, .45 caliber handgun, bearing serial number NUH80940;

157. Savage Arms Inc. rifle, unknown model, unknown caliber, bearing serial number 3615449;

158. Savage Arms Inc., Model 64, .22 caliber rifle, bearing serial number 3900539;

159. Rossi rifle, unknown model, unknown caliber, bearing serial number 7CR037893N;

160. Savage Arms Inc., Model 93, .22 caliber rifle, bearing serial number 1811681;

161. Masieri shotgun, unknown model, unknown gauge, bearing serial number A0708;

162. Franchi, Model 48AL shotgun, unknown gauge, bearing serial number D70654;

163. Smith & Wesson handgun, unknown model, unknown caliber, bearings serial number BSY5018;

164. Ruger, Model Blackhawk, .45 caliber handgun, bearing serial number 45-10880;

165. Ruger, Model Blackhawk, .44 caliber handgun, bearing serial number 40076;

166. HiPoint, Model 3895, .380 caliber rifle, bearing serial number Y07610;

167. HiPoint, Model 1095TS, .10 caliber rifle, bearing serial number M16596;

168. HiPoint rifle, unknown model, unknown caliber, bearing serial number R110336;

169. Savage Arms Inc., .22 caliber rifle, unknown model, unknown serial number;

170. High Standard Firearms, LTD - Interarms rifle, unknown model, unknown caliber, bearing serial number 5832501;

171. HiPoint rifle, unknown model, unknown caliber, bearing serial number M16589;

172. Black Aces Tactical, Model Pro Series X, 12-gauge shotgun, bearing serial number 20-PP16215;

173. Black Aces Tactical, Model Pro Series X, 12-gauge shotgun, bearing serial number 20-PP16212;

174. HiPoint rifle, unknown model, unknown caliber, bearing serial number M16595;

175. HiPoint, Model 4595, .45 caliber rifle, bearing serial number R109037;

176. Unknown model shotgun, unknown gauge, unknown serial number;

177. Marlin Firearms Co., Model 60, .22 caliber rifle, bearing serial number 17490993;

178. Marlin Firearms Co., Model 782, .22 caliber rifle, bearing serial number 24606129;

179. Remington Arms Company, Inc., Model 7600, 30-06 caliber rifle, bearing serial number B8528026;

180. Harrington & Richardson 1871 Inc., 20-gauge shotgun, unknown model, bearing serial number AU504394;

181. Armed Guns/Eternal Arms, Model IJ600 shotgun, bearing serial number 20A-271;

182. Harrington & Richardson 1971 Inc. handgun, unknown model, unknown caliber, bearing serial number 576249;

183. Chiappa Firearms LTD handgun, unknown model, unknown caliber, bearing serial number CFIT21FQ4367;

184. Heritage MFG. Inc., Model Rough Rider, .22 caliber handgun, bearing serial number 3PH101661;

185. Savage Arms Inc. shotgun, unknown model, unknown caliber, bearing serial number 212181Q;

186. Winchester, .22 caliber handgun, unknown model, bearing serial number 107416;

187. Winchester, Model 1400, 12 caliber handgun, bearing serial number N721287;

188. Savage Arms Inc., .22 caliber handgun, unknown model, unknown serial number;

189. Harrington & Richardson, 12 caliber handgun, Topper model, unknown serial number;

190. ITM Arms Company, Model MK-99 rifle, bearing serial number 0014257;

191. Bond Arms Inc handgun, unknown model, unknown caliber, bearing serial number 277008;

192. Smith & Wesson, Model 41, .22 caliber handgun, bearing serial number UEL1563;

193. Shotgun,12-gauge, unknown manufacturer, unknown model, bearing serial number 39-H21PT-5222;

194. Savage Arms Inc., Model Mark II, .22 caliber rifle, bearing serial number 0605570;

195. Taurus shotgun, unknown model, unknown gauge, bearing serial number SR000765;

196. Shotgun, unknown manufacturer, unknown model, unknown gauge, bearing serial number 59-H21PT-5223;

197. Universal Firearms Corp., Model Enforcer 3000 Series, .30 caliber handgun, bearing serial number 110521;

198. HiPoint, Model C9, .9 caliber handgun, bearing serial number P1786093;

199. Handgun, .22 caliber, unknown manufacturer, unknown model, bearing serial number F475974;

200. Browning, Model Hi Power, .9 caliber handgun, bearing serial number 245NY6384;

201. Shotgun, 20-gauge, unknown manufacturer, unknown model, bearing serial number 215665L;

202. Rifle, .22 caliber, unknown manufacturer, unknown model, bearing serial number CFIT20L05595;

203. Handgun, .9 caliber, unknown manufacturer, unknown model, bearing serial number RONVMB111608304;

204. Merak Savunma Sanayi, LTD, Model 101, 410-gauge shotgun, bearing serial number 21SB36AE-1777;

205. Rossi, Model M92, .357 rifle, bearing serial number 7CR039098N;

206. Mossberg, Model 500A, 12-gauge shotgun, bearing serial number P661036;

207. Winchester, 30-06 caliber rifle, unknown model, bearing serial number G213297;

208. Remington Arms Company, Inc., Model 700, 270 caliber rifle, bearing serial number E6742565;

209. Rossi, Model S20, 20-gauge shotgun, bearing serial number 5GY119509;

210. HiPoint, Model C9, .9 caliber handgun, bearing serial number P10147981;

211. Handgun, .38 caliber, unknown manufacturer, unknown model, bearing serial number U99625;

212. Handgun, .38 caliber, unknown manufacturer, unknown model, bearing serial number U99626;

213. Bond Arms Inc. handgun, unknown model, unknown caliber, bearing serial number 233756;

214. Bond Arms Inc. handgun, unknown model, unknown caliber, bearing serial number 267434;

215. Remington Arms Company, Inc., Model 700, 7 caliber rifle, bearing serial number S6794014;

216. Rifle, unknown manufacturer, unknown model, unknown caliber, unknown serial number;

217. Smith & Wesson, Model 38, .38 caliber handgun, bearing serial number 428080;

218. Cobra Ent., Inc./Kodiak Ind. handgun, unknown model, unknown caliber, bearing serial number 100321;

219. Savage Arms Inc., Model 67, 410-gauge shotgun, bearing serial number D674846;

220. Rohm, Model RG10, .22 caliber handgun, bearing serial number 1254979;

221. Rifle, unknown manufacturer, unknown model, unknown caliber, unknown serial number;

222. Kofs LTD, Model Stevens 555, 16-gauge shotgun, bearing serial number 21A11697;

223. Ruger, Model M77 Hawkeye, .7 caliber rifle, bearing serial number 710-25027;

224. Verona rifle, unknown model, unknown caliber, unknown serial number;

225. Remington Arms Company, Inc., Model 700, .7 caliber rifle, bearing serial number A6217109;

226. Mossberg, Model 510, 410-gauge shotgun, bearing serial number V0559153;

227. Standard Manufacturing Company, LLC; Model S333 Thunderstruck, .22 caliber handgun, bearing serial number SVF031396;

228. Colt, Model Police Positive, .38 caliber handgun, bearing serial number 184003;

229. Bond Arms Inc. handgun, unknown model, unknown caliber, bearing serial number 217600;

230. Colt, Model Police Positive, .32 caliber handgun, hearing serial number 19292;

231. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 267428;

232. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number267435;

233. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 233755;

234. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 217603;

235. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 248165;

236. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 267423;

237. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 267422;

238. Bond Arms Inc. Handgun, unknown model, unknown caliber, bearing serial number 276731;

239. Savage Arms Inc. rifle, unknown model, unknown caliber, bearing serial number P160364;

240. Harrington & Richardson, Model Topper 88, 12-gauge shotgun, bearing serial number AU5756274;

241. Stoeger Arms shotgun, unknown model, unknown gauge, bearing serial number 171215-07;

242. Keystone Sporting Arms, Model Crickett, .22 caliber shotgun, bearing serial number 458380;

243. Colt rifle, unknown model, unknown caliber, bearing serial number 24973;

244. $21,476.00 in United States currency;

245. One hundred and thirty (130) rounds of assorted ammunition;

246. Hewlett Packard tower computer;

247. Samsung Cell Phone SMS115DL, IMEI: 354229112800716;

248. Hewlett Packard Laptop Computer, Model Number 7265NGW;

249. Toshiba Laptop Computer;

250. Motorola Cell Phone, Model XT2052DL, IMEI: 351638111702496;

251. Seagate Portable Hard Drive, bearing serial number NAAH4G5N.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/ Churita H. Hansell
CHURITA H. HANSELL (La. 25694)
ALEXANDRA GIAVOTELLA (La. 38005)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3065
Email: alexandra.giavotella@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served in accordance with the Court's ECF Rule on this 10th day of July, 2023.

/s/ Churita H. Hansell
CHURITA H. HANSELL
Assistant United States Attorney

18